No. 88–1668. ATLANTIC RICHFIELD CO. *v.* USA PETROLEUM CO. C. A. 9th Cir. [Certiorari granted, 490 U. S. 1097.] Motion of American Newspaper Publishers Association for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–7146. WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS *v.* ARKANSAS ET AL. Sup. Ct. Ark. [Certiorari granted, *ante,* p. 917.] Motion of respondents for divided argument and for additional time for oral argument denied.

SEPTEMBER 28, 1989

No. A–231 (89–5621). GRANT *v.* VASQUEZ, WARDEN. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.